UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20255-CR-GAYLES (COHN)

UNITED STATES OF AMERICA,

v.

OSMIN MORALES,

    Defendant.
_____/

## NOTICE OF SENTENCING HEARING

PLEASE TAKE NOTICE that the sentencing hearing in the above-entitled cause is hereby set for **Wednesday, April 17, 2024, at 10:00 a.m.** before the Honorable James I. Cohn in the James Lawrence King Federal Justice Building, 99 NE Fourth Street, Courtroom 4, Tenth Floor, Miami, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of January, 2024.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
U.S. Marshals
USPO